UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
EWA MOSZCZYNSKA,

               Plaintiff,          **Civil Action No.:**
                                              **07 CV 11088**

  – against –

URS CORPORATION LONG TERM DISABILITY
PLAN, and LIFE INSURANCE COMPANY OF        **NOTICE OF APPEARANCE**
NORTH AMERICA,

               Defendants.
-------------------------------------------------------------X

To the Clerk of the Court and all parties of record:

**PLEASE TAKE NOTICE** that Plaintiff, Ewa Moszczynska, by her attorneys, DeHaan Busse LLP, hereby appears in the above-captioned action, and demands that service of all papers be made upon the undersigned at the office and post office address stated below, or via ECF, where required by the Court:

                              Paul M. Kampfer, Esq.
                                DeHaan Busse LLP
                              300 Rabro Drive, Suite 101
                              Hauppauge, New York 11788

Dated: December 31, 2007
        Hauppauge, NY

                                              **DEHAAN BUSSE LLP**

                            By:   */s/ PCK*
                                  Paul M. Kampfer, Esq. (PK 9186)
                                  Attorneys for Plaintiff
                                  300 Rabro Drive
                                  Suite 101
                                  Hauppauge, New York 11788
                                  Telephone: (631) 582-1200
                                  Facsimile: (631) 582-1228
                                  pkampfer@dehaanbusse.com
                                  dwashington@dehaanbusse.com