

**DeHaan ▪ Busse** LLP

300 RABRO DRIVE • SUITE 101 • HAUPPAUGE, NEW YORK 11788 • (631) 582-1200

JOHN W. DeHaan
PATRICK H. BUSSE
HARRY J. BINDER
CHARLES E. BINDER

STÉPHANE M. MONTAS
PAUL M. KAMPFER

SUZANNE BIDART, R.N.

January 8, 2008

**Via ECF and US Mail**
Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street, Room 870
New York, New York 10007

      *Re:*    *Ewa Moszczynska v. URS Corporation Long Term Disability Plan, and Life Insurance Company of North America*
             *Civil Action Number:  07 CV 11088*

Dear Sir or Madam:

     Enclosed for filing, please find one the original Summons, and (1) original Affidavit of Service evidencing service of the Summons and Complaint upon defendant URS Corporation Long Term Disability Plan, in connection with the above referenced matter. We will be filing the Affidavit of Service for Life Insurance Company of North America under separate cover.

     Kindly acknowledge receipt and filing of same on the self-addressed, postage paid postcard we have enclosed for this purpose.

     Should you require any additional information, please feel free to contact this office.

                                                     DeHaan Busse LLP

                                   By: _____
                                          Paul M. Kampfer, Esq.

PMK/djw
Enclosures

## UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

EWA MOSZCZYNSKA,

               Plaintiff(s),

- against -

URS Corporation Long Term Disability Plan, and Life Insurance Company of North America,

               Defendant(s).

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **07 CV 11088**

TO: (name and address of defendants)
URS Corporation Long Term Disability Plan
100 California Street, Suite 500 - San Francisco, CA 94111-4529

Life Insurance Company of North America
1601 Chestnut Street, TL 09 A - Philadelphia, PA 19101

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY, (name and address)

               DeHAAN BUSSE LLP
               300 Rabro Drive
               Suite 101
               Hauppauge, New York 11788

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**
CLERK

_(signature)_

(BY) DEPUTY CLERK

DEC 0 7 2007

DATE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| DEHAAN BUSSE LLP<br>300 RABRO DRIVE, SUITE 101<br>HAUPPAUGE, NY 11788 | (631) 582-1200 | |
| ATTORNEY FOR (NAME) | REFERENCE NUMBER<br>00233994-01 | |
| Insert name of court, judicial district or branch court, if any, and post office and street address<br>UNITED STATES DISTRICT COURT, | | |
| SHORT NAME OF CASE<br>MOSZCZYNSKA vs. URS CORPORATION | | |

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>07 CV 11088 |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
SUMMONS & COMPLAINT;

       Name: URS CORPORATION LONG TERM DISABILITY PLAN

Person Served: ROBERT CRAWFORD
       Title: AUTHORIZED TO ACCEPT SERVICE

Date of Delivery: December 27, 2007   HDATE:
Time of Delivery: 04:00 pm

Place of Service: 100 CALIFORNIA STREET, SUITE 500
                SAN FRANCISCO, CA 94111    **(Business)**

Manner of Service: **Personal Service - By Personally Delivering copies to the person on whom the service is required.**

Fee for service:

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X] Registered: SAN FRANCISCO County,
Number: 2007-0001016
Expiration Date: 05/31/2009
PREFERRED LEGAL SERVICES, INC.
210 Fell Street, #19
San Francisco, CA 94102
(415) 882-2250

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
on: December 28, 2007
at: San Francisco , California.

Signature:
Name: KYLE A. WEITZEL
Title: (j) Employee or independent contractor