# DB DeHaan ▪ Busse LLP

300 RABRO DRIVE ▪ SUITE 101 ▪ HAUPPAUGE, NEW YORK 11788 ▪ (631)582-1200

JOHN W. DeHaan
PATRICK H. Busse
HARRY J. Binder
CHARLES E. BINDER

STÉPHANE M. MONTAS
PAUL M. KAMPFER

SUZANNE BIDART R.N.

January 8, 2008

**Via ECF and US Mail**
Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street, Room 870
New York, New York 10007

      *Re:*   *Ewa Moszczynska v. URS Corporation Long Term Disability Plan, and Life Insurance Company of North America*
            *Civil Action Number: 07 CV 11088*

Dear Sir or Madam:

    Enclosed for filing, please find one the original Affidavit of Service evidencing service of the Summons and Complaint upon defendant Life Insurance Company of North America, in connection with the above referenced matter. We have filed the original Summons and the Affidavit of Service for URS Corporation Long Term Disability Plan under separate cover.

    Kindly acknowledge receipt and filing of same on the self-addressed, postage paid postcard we have enclosed for this purpose.

    Should you require any additional information, please feel free to contact this office.

                                DeHaan Busse LLP

              By: _____
                              Paul M. Kampfer, Esq.

PMK/djw
Enclosures

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
EWA MOSZCZYNSKA,

                Plaintiff,

   – against –

URS CORPORATION LONG TERM DISABILITY
PLAN, and LIFE INSURANCE COMPANY OF
NORTH AMERICA,

                Defendants.
-------------------------------------------------------X

**Civil**

**Action No.: 07 CV 11088**

Affidavit of Service

STATE OF NEW YORK    )
                            ) ss.:    7006 0810 0001 8914 1374
COUNTY OF SUFFOLK    )

        Deborah J. Washington, being duly sworn, deposes and says:

    1.    I am not a party to the action, am over 18 years of age and reside in Brentwood, New York.

    2.    On December 12, 2007, I served the within Summons and Complaint on *__Life Insurance Company of North America__*, by mailing a copy via Certified Mail, Return Receipt Requested to the address set forth after each name below,

                NYS Insurance Department
                Attn: Office of General Counsel
                25 Beaver Street
                4th Floor
                New York, New York 10004

                                                                  DEBORAH J. WASHINGTON

Sworn to before me this
12th day of December, 2007

_____
Notary Public

PATRICK BUSSE
NOTARY PUBLIC, State of New York
No. 02BU5074762
Qualified in Nassau County
Commission Expires March 24, 20 11

STATE OF NEW YORK
INSURANCE DEPARTMENT
One Commerce Plaza
Albany, NY 12257

STATE OF NEW YORK
District Court, Southern District of New York

..................................................................................................................

EWA MOSZCZYNSKA                                                                                07 CV 11088

                                against                       Plaintiff(s)

Life Insurance Company of North America

                                                              Defendant(s)

..................................................................................................................

RE : Life Insurance Company of North America

Attorney for Plaintiff(s) and Defendant  please take notice as follows:

Sirs :
Attorney for Plaintiff(s) is hereby advised of acknowledgement of service upon me of Summons and Complaint in the above entitled action on December 18, 2007 at New York, New York. The $40 fee is also acknowledged.
Pursuant to section 1213 of the Insurance Law,
said process is being forwarded to Defendant at its last known principal place of business. Defendant is not authorized to do business in this state and you are advised that,
while such service is accepted and being forwarded to the company,
 it is your duty to determine whether this is a proper service under section 1213 of the Insurance Law.

Original to Attorney for Plaintiff(s) :

   DeHaan Busse LLP
   Attorneys at Law
   300 Rabro Drive, Suite 101
   Hauppauge, New York 11788

Pursuant to the requirement of section 1213 of the Insurance Law, Defendant is hereby notified of service as effected above. A copy of the paper is enclosed.

Duplicate to Defendant :

   Legal Department
   Life Insurance Company of North America
   1601 Chestnut Street, TL 09 A
   Philadelphia, Pennsylvania 19101

                              *Clark J. Williams* (signature)

                              by Clark J. Williams
                              Special Deputy Superintendent

Dated Albany, New York, December 19, 2007
Defendant letter was certified at the Albany Post Office on Thursday, December 20, 2007 at 1 :30 P.M. by Cynthia LaPoint

424989      C.A.#188849