```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
EWA MOSZCZYNSKA,          :

              Plaintiff,     :     07-Civ-11088 (DC)

     - against -         :

URS CORPORATION LONG TERM DISABILITY    :    STIPULATION
PLAN and LIFE INSURANCE COMPANY OF NORTH
AMERICA                   :

             Defendants.    :

                                     :
------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that Defendants' time to answer, move, or otherwise respond to Plaintiff's Complaint be extended by thirty (30) days, up to and including February 6, 2008.

IT IS STIPULATED AND AGREED, that Defendants will not raise any personal jurisdiction defenses.

IT IS FURTHER STIPULATED AND AGREED, that this stipulation may be executed in counterparts, and facsimile copies of signatures may be considered original signatures.

Dated:   White Plains, New York
         January 11, 2008

By: _____          By: _____
Matthew D. Donovan (MD-2940)          Paul M. Kampfer (PK-9126)
Wilson Elser LLP                      DeHaan Busse LLP
*Attorneys for Defendants*            *Attorneys for Plaintiff*
3 Gannett Drive                       300 Rabro Drive, Suite 101
White Plains, NY 10604                Hauppauge, NY 11788
Phone (914) 323-7000                  Phone (631) 582-1200

SO ORDERED.

_____
USDJ
1/18/08

1858310.1