USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

EWA MOSZCZYNSKA,

      Plaintiff,     07-Civ-11088 (DC) (HBP)

  - against -

URS CORPORATION LONG TERM DISABILITY  STIPULATION
PLAN and LIFE INSURANCE COMPANY OF NORTH
AMERICA

      Defendants.

------------------------------------- x

  WHEREAS, the undersigned counsel stipulated to an extension of time for Defendants to answer, move, or otherwise respond to Plaintiff's Complaint up to and including February 6, 2008.

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that Defendants' time to answer, move, or otherwise respond to Plaintiff's Complaint be extended by fourteen (14) days, up to and including February 20, 2008.

  IT IS STIPULATED AND AGREED, that Defendants will not raise any personal jurisdiction defenses.

  IT IS FURTHER STIPULATED AND AGREED, that this stipulation may be executed in counterparts, and facsimile copies of signatures may be considered original signatures.

Dated: White Plains, New York
    February 6, 2008

By: _____    By: _____
Matthew D. Donovan (MD-2940)    Paul M. Kampfer (PK-9186)
Wilson Elser LLP         DeHaan Busse LLP
*Attorneys for Defendants*      *Attorneys for Plaintiff*
3 Gannett Drive         300 Rabro Drive, Suite 101
White Plains, NY 10604      Hauppauge, NY 11788
Phone (914) 323-7000       Phone (631) 582-1200

                 SO ORDERED.

1879237.1

                 _____
                 U.S.D.J. 2/7/08