UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

EWA MOSZCZYNSKA,                            :

                Plaintiff,        :        07-Civ-11088 (DC) (HBP)

   - against -                                        :

URS CORPORATION LONG TERM DISABILITY         :        **RULE 7.1 STATEMENT**
PLAN and LIFE INSURANCE COMPANY OF NORTH
AMERICA,                                     :

                Defendants.       :

                                                      :

------------------------------------------------------------- X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Life Insurance Company of North America (LINA) certifies the following:

      LINA is a wholly owned subsidiary of Connecticut General Corporation, which is a wholly owned subsidiary of CIGNA Holdings. CIGNA Holdings is a wholly owned subsidiary of CIGNA Corporation.

Dated:   White Plains, New York
          February 20, 2008

                            WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                        By:    /s/ Matthew D. Donovan
                               Matthew D. Donovan (MD 2940)
                               Fred. N. Knopf (FNK 4625)
                               3 Gannett Drive
                               White Plains, NY 10604
                               Phone (914) 323-7000
                               Facsimile (914) 323-7001

1890799.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2008, a copy of the foregoing Rule 7.1 Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ Matthew D. Donovan
Matthew D. Donovan (MD 2940)
3 Gannett Drive
White Plains, New York 10604-3407
Phone (914) 323-7000
Facsimile (914) 323-7001

1890799.1