UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
EWA MOSZCZYNSKA,

               Plaintiff,    :    07 Civ. 11088 (DC) (HBP)

       - against -

                                       **Notice of Appearance**

URS CORPORATION LONG TERM DISABILITY
PLAN and LIFE INSURANCE COMPANY OF NORTH
AMERICA,

               Defendants.
----------------------------------------x

PLEASE TAKE NOTICE that Defendants URS Corporation Long Term Disability Plan and Life Insurance Company of North America hereby appear in the above-captioned action by and through their attorneys, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, and demand that all pleadings, notices, motions, and legal documents served in connection with this action be served upon counsel.

Dated :    White Plains, New York
             February 20, 2008

                                      CIGNA LIFE INSURANCE COMPANY
                                      OF NEW YORK

                                      By:  s/Fred N. Knopf

                                            Fred N. Knopf (FNK 4625)
                                            WILSON, ELSER, MOSKOWITZ,
                                            EDELMAN & DICKER LLP
                                            3 Gannett Drive
                                            White Plains, NY 10604
                                            Telephone: (914) 323-7000

1890814.1

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2008, a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ Fred N. Knopf
Fred N. Knopf (FNK 4625)
3 Gannett Drive
White Plains, New York 10604-3407
Phone (914) 323-7000
Facsimile (914) 323-7001

1890814.1